

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-21-00059-CV

Trial Court Cause
Number:            2004-14056

Style:             Dornice Hart

                   **v**  Ciandra Jackson

Date motion filed*:  November 9, 2021

Type of motion:     Motion for Rehearing En Banc

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated? ☐ YES   ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
      ☐ Acting individually     ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, and Guerra, and Farris.

Date: December 9, 2021